# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BASIC MANAGEMENT INC., a Nevada Corporation; BASIC REMEDIATION COMPANY LLC, a Nevada Limited Liability Company; BASIC ENVIRONMENTAL COMPANY LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. CV-S-02-0884-RCJ-(RJJ) |

## ORDER

Having considered Defendant the United States of America's Motion to Unseal Redacted Copy of Consent Decree, the Court has determined that it should grant this motion. Accordingly, IT IS HEREBY ORDERED that the Stipulation of Dismissal and Settlement Report ("Stipulation") and accompanying Settlement Agreement, Consent Decree, and Final Judgment ("Consent Decree"), which were filed in this action on February 27, 2009 as docket entry 521, shall be unsealed. The United States shall submit to the Court _in camera_ an electronic copy of the Stipulation and Consent Decree containing the redactions described in its motion, which the Clerk shall enter on the unsealed, public docket.

IT IS SO ORDERED.

Dated: 08/11/2010

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE